

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
R SHIPPING INC.,                              :     09 Civ.
                                              :
                         Plaintiff,           :     ECF CASE
                                              :
    - against -                               :
                                              :
MIRACLE MERCHANTS GHANA LIMITED,              :
                                              :
                         Defendant.           :
-----------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents and/or any publicly held corporation owning 10% or more of its stock:   None.

Dated: April 24, 2009

                                        The Plaintiff,
                                        R SHIPPING INC.

                                        By: /s/ Kevin J. Lennon
                                            Kevin J. Lennon
                                            Anne C. LeVasseur

                                        LENNON, MURPHY & LENNON, LLC
                                        The Gray Bar Building
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        (212) 490-6050
                                        facsimile (212) 490-6070
                                        kjl@lenmur.com
                                        acl@lenmur.com